**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KYTT MACMANUS and SAMANTHA MACMANUS.,

        Plaintiffs,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and TD BANK, N.A.,

        Defendants.

TD BANK, N.A.,

        Third Party Plaintiff,

- against –

DECARLO & DECARLO LLC,

        Third Party Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023

Index No.: 7:22-cv-08972

**THIRD PARTY PLAINTIFF TD BANK, N.A.'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN**

Third Party Plaintiff TD Bank, N.A., ("*TD Bank*") requests that the Clerk of Court enter Judgment by Default against Third Party Defendant DeCarlo & DeCarlo LLC pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55. In support of this request, TD Bank relies upon the record in this case, the Declaration of Brittany Pagnotta, Esq. for a Sum Certain and Statement of Amount Due and exhibits attached thereto.

Dated: March 14, 2023

        **DUANE MORRIS LLP**

        By: _/s/ Brittany Pagnotta_____
            Brittany Pagnotta
            1540 Broadway
            New York, New York 10036

Third Party Plf. TD Bank's request for entry of default judgment is DENIED without prejudice to renew in accordance with Attachment A to the Court's Individual Rules in Civil Cases. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 57.

Dated: April 18, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

                Phone: (212) 471-4771
                Email: BPagnotta@duanemorris.com
                *Attorneys for Defendant/Third Party Plaintiff TD Bank, N.A.*

TO:

DeCarlo & DeCarlo LLC
444 Broadway, Suite 5
Monticello, New York 12701